Kenneth PHILLIPS, Plaintiff—
Appellant,

v.

Mary Ann SAAR, Secretary;  Frank
C. Sizer, Jr., Commissioner,
Defendants—Appellees.

No. 05–7916.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 18, 2006.

Decided: May 30, 2006.

Kenneth Phillips, Appellant Pro Se.
John Joseph Curran, Jr., Attorney Gener-
al, David Phelps Kennedy, Office of the
Attorney General of Maryland, Baltimore,
Maryland, for Appellees.

Before WIDENER and WILKINSON,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.  See Local Rule
36(c).

PER CURIAM:

Kenneth Phillips appeals the district
court's order denying relief on his 42
U.S.C. § 1983 (2000) complaint.  We have
reviewed the record and find no reversible
error.  Accordingly, we affirm on the rea-
soning of the district court.  *See Phillips
v. Saar,* No. CA–04–3674–JFM (D.Md.

Nov. 2, 2005).  We dispense with oral ar-
gument because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*AFFIRMED*